FILED: June 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6528
(2:26-cv-00121)

---

MIGUEL ANTONIO DOMINGUEZ IZAGUIRRE

Petitioner - Appellee

v.

JOHN RIFE, Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Acting United States Attorney General

Respondents - Appellants

and

CHRISTOPHER MASON, Superintendent, South Central Regional Jail

Respondent

---

O R D E R

---

Upon consideration of the joint motion for abeyance, the court grants the

motion and places this case in abeyance pending a decision by this court in *Garcia v. Guadian*, No. 25-7044, and *Rivera v. Guadian*, No. 25-7050.

For the Court

/s/ Nwamaka Anowi, Clerk